**Delford Ward LACKEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 30193.**

Court of Criminal Appeals of Texas.

Dec. 3, 1958.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The offense is aggravated assault; the punishment, 30 days in jail and a fine of $100.

No statement of facts accompanies the record.

The court's refusal of appellant's special requested charge cannot be appraised in the absence of a statement of facts. Hankins v. State, Tex.Cr.App., 294 S.W.2d 840.

All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.